IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AVIS RENT A CAR SYSTEM, LLC, | : | Case No. |
| | : | |
| Plaintiff, | : | DISTRICT JUDGE |
| | : | |
| vs. | : | |
| | : | |
| ABG CAR AND TRUCK RENTALS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF AVIS RENT A CAR SYSTEM, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

In Compliance with Local Civil Rule 7.1.1, this Corporate Disclosure Statement is filed on behalf of Plaintiff Avis Rent A Car System, LLC.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __X__ YES     ____ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Avis Rent a Car System, LLC, is a subsidiary of Avis Budget Group, Inc. Avis Budget Group, Inc. is a publicly traded corporation. No corporation owns more than 10% of its stock.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

   ____ YES     __X__ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

N/A

        Respectfully submitted,

        By: *s/ Daniel J. Gentry*
            Daniel J. Gentry (0065283)
            COOLIDGE WALL CO., L.P.A.
            33 W. First Street, Suite 600
            Dayton, OH 45402
            Phone:  937-223-8177
            Fax:    937-223-6705
            E-mail: gentry@coollaw.com

        *Trial Attorney for Plaintiff*
        *Avis Rent A Car System, LLC*

OF COUNSEL:

Christian Poland (to be admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Phone:  312-602-5000
Fax:    312-698-7485
E-mail: christian.poland@bryancave.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 31st day of August 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's E-filing system and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent.  Parties may access the filing through the Court's system.

        *s/ Daniel J. Gentry*
        Daniel J. Gentry

w:\wdox\client\000178\00100\00898414.docx