UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AVIS RENT A CAR SYSTEM, LLC,

    Plaintiff,

                                        Civil Action 2:17-cv-776
                                        Judge Michael H. Watson
    v.                                Magistrate Judge Chelsey M. Vascura

ABG CAR AND TRUCK RENTALS
LLC, *et al.*,

    Defendants.

## ORDER

In the January 4. 2019 Status Report (ECF No. 68), Plaintiff reports that the parties have identified key terms for settlement and exchanged a draft written settlement agreement, but that because several issues remain unresolved, the parties have not yet reached a settlement. Plaintiff requests additional time for the parties to continue to settlement negotiations before the Court considers the pending Amended Motion for Summary Judgment (ECF No. 60). Plaintiff's unopposed request is **GRANTED**. Accordingly, this action is **STAYED**. If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE January 31, 2019**, they are **DIRECTED** to file a written **REPORT** detailing the status of this case and may request that the stay be lifted or extended as appropriate.

    **IT IS SO ORDERED**.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE